```
 1  JACOB M. HARPER (State Bar No. 259463)
       jacobharper@dwt.com
 2  ASHLEY L. VULIN (pro hac vice)
       ashleyvulin@dwt.com
 3  DAVIS WRIGHT TREMAINE LLP
    350 South Grand Avenue, 27th Floor
 4  Los Angeles, California  90071
    Telephone:  (213) 633-6800
 5  Fax:  (213) 633-6899

 6  Attorneys for Defendant
    PATAFOODS, INC., D/B/A
 7  AMARA ORGANICS, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JESSICA VU, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PATAFOODS, INC. d/b/a Amara Organic Foods, Inc.,<br><br>Defendant. | Case No. 8:24-cv-02265-CV-KES<br><br>**DEFENDANT PATAFOODS, INC.'S FIRST NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO PENDING MOTION TO DISMISS**<br><br>Assigned to the Hon. Cynthia Valenzuela<br>Courtroom: 5D<br><br>Date:    February 10, 2025<br>Time:    8:30 a.m.<br><br>Action Filed: October 18, 2024 |

Defendant Patafoods, Inc. (Amara) gives notice of supplemental legal authority relevant to its pending Motion to Dismiss Complaint, ECF No. 19 (Motion): *In re Beech-Nut Nutrition Co. Baby Food Litig.*, 2025 WL 862382 (N.D.N.Y. Mar. 19, 2025). Briefing on Amara's Motion was completed on January 27, 2025, and the Motion is under submission. This authority further supports Amara's argument that Plaintiff lacks Article III standing because she has not alleged cognizable injury.

*In re Beech-Nut* dismissed a similar case due to lack of Article III standing. The plaintiffs there alleged Beech-Nut's various baby foods contained unsafe levels of heavy metals which caused benefit-of-the-bargain and price-premium losses. *Id.* at *4. The court surveyed the case law addressing heavy metals in baby food and rejected both theories of loss because the plaintiffs failed to allege the heavy metals rendered the products unsafe or their labels misleading. *Id.* at *5, *6.

*In re Beech-Nut* confirms that Plaintiff has no standing and that her claims should be dismissed.

DATED: March 31, 2025

DAVIS WRIGHT TREMAINE LLP
JACOB HARPER (State Bar No. 259463)
ASHLEY VULIN (*pro hac vice*)

By: /s/ *Jacob M. Harper*
Jacob M. Harper

Attorneys for Defendant
PATAFOODS, INC. d/b/a Amara Organic Foods, Inc.

1
AMARA'S FIRST NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 8:24-cv-02265-CV-KES

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899