| | |
|---|---|
| 1 | JACOB M. HARPER (State Bar No. 259463) |
|   | jacobharper@dwt.com |
| 2 | ASHLEY L. VULIN (*pro hac vice*) |
|   | ashleyvulin@dwt.com |
| 3 | DAVIS WRIGHT TREMAINE LLP |
|   | 350 South Grand Avenue, 27th Floor |
| 4 | Los Angeles, California  90071 |
|   | Telephone:  (213) 633-6800 |
| 5 | Fax:  (213) 633-6899 |
| 6 | Attorneys for Defendant |
| 7 | PATAFOODS, INC., D/B/A AMARA ORGANICS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JESSICA VU, individually, and on behalf of all others similarly situated, | Case No. 8:24-cv-02265-CV-KES |
| Plaintiff, | **DEFENDANT PATAFOODS, INC.'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO PENDING MOTION TO DISMISS** |
| vs. | |
| PATAFOODS, INC. d/b/a Amara Organic Foods, Inc., | |
| Defendant. | Assigned to the Hon. Cynthia Valenzuela |
| | Courtroom: 5D |
| | Date:     February 10, 2025 |
| | Time:     8:30 a.m. |
| | Action Filed: October 18, 2024 |

Defendant Patafoods, Inc. (Amara) gives notice of supplemental legal authority relevant to its pending Motion to Dismiss Complaint, ECF No. 19 (Motion): *In re Plum Baby Food Litig.*, 2025 WL 1200700, at *1 (9th Cir. Apr. 25, 2025). Briefing on Amara's Motion was completed on January 27, 2025, and the Motion is under submission. This authority further supports Amara's argument that Plaintiff has failed to allege Amara's Snacks pose an unreasonable risk of harm.

*In re Plum* affirmed the district court's order granting the defendant Plum's motion for summary judgment in a case alleging Plum's baby food products contained heavy metals. *Id.* at *1. The Ninth Circuit reasoned in part that:

> Heavy metals and perchlorate are found in a wide range of crops and food products because they are present in soil, air, and water, and Plaintiffs fail to allege that Plum's products contain any specific level of these substances. Moreover, Plaintiffs concede that they are not alleging that Plum's products are unsafe nor that their children were harmed by Plum's products. On this record, there is insufficient evidence to establish that Plum's products pose an unreasonable safety hazard.

*Id.* The Ninth Circuit stated the plaintiffs' allegations described "merely conjectural and hypothetical injuries." *Id.* (citations omitted).

*In re Plum* confirms that Plaintiff has not sufficiently alleged Amara's Snacks pose an unreasonable safety risk by merely alleging the Snacks contain trace heavy metals.

DATED: May 7, 2025

DAVIS WRIGHT TREMAINE LLP
JACOB HARPER
ASHLEY VULIN

By: */s/ Jacob M. Harper*
    Jacob M. Harper

Attorneys for Defendant
PATAFOODS, INC. d/b/a Amara Organic Foods, Inc.

1

AMARA'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY
Case No. 8:24-cv-02265-CV-KES

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899