JACOB M. HARPER (State Bar No. 259463)
  jacobharper@dwt.com
ASHLEY L. VULIN (*pro hac vice*)
  ashleyvulin@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
PATAFOODS, INC., D/B/A
AMARA ORGANIC FOODS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JESSICA VU, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PATAFOODS, INC. d/b/a Amara Organic Foods, Inc.,<br><br>Defendant. | Case No. **8:24-cv-02265-CV-KES**<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY MATTER**<br><br>[*Proposed Order filed concurrently*]<br><br>Assigned to the Hon. Cynthia Valenzuela<br><br>Action Filed: October 18, 2024 |

NOTICE OF SETTLEMENT AND REQUEST TO STAY

Pursuant to Central District of California Local Rule 40-2, the Parties jointly notify the Court that they have reached a settlement in the above-captioned case, resolving their dispute in its entirety. The Parties anticipate finalizing an individual settlement and filing a stipulation of dismissal within 28 days.

To avoid any further expense, and in the interests of judicial economy, the Parties apply to this Court to stay the matter for 28 days, *i.e.*, up to and including August 28, 2025, to permit the Parties to finalize a settlement agreement and file a stipulation of dismissal.

All signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 31, 2025

DAVIS WRIGHT TREMAINE LLP
JACOB HARPER (SBN 259463)
ASHLEY VULIN (*PRO HAC VICE*)

By: /s/ *Jacob M. Harper*
　　　　Jacob M. Harper
Attorneys for Defendant
PATAFOODS, INC. d/b/a Amara Organic Foods, Inc.

DATED: July 31, 2025

CROSNER LEGAL, P.C.
CRAIG W. STRAUB (SBN 249032)
ZACHARY M. CROSNER (SBN 272295)

By: /s/ *Craig W. Straub*
　　　　Craig W. Straub
Attorneys for Plaintiff
JESSICA VU

1
NOTICE OF SETTLEMENT AND REQUEST TO STAY

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## **FILER'S ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3(a)(2)(i), I hereby certify that the content of this document is acceptable to Craig W. Straub and Zachary M. Crosner, counsel for Plaintiff Jessica Vu, and I have obtained their authorization to affix their electronic signature to this document.

DATED: July 31, 2025

DAVIS WRIGHT TREMAINE LLP
JACOB HARPER (SBN: 259463)
ASHLEY VULIN (*PRO HAC VICE*)

By: /s/ *Jacob M. Harper*
Jacob M. Harper
Attorneys for Defendant
PATAFOODS, INC. d/b/a Amara Organic Foods, Inc.

2
NOTICE OF SETTLEMENT AND REQUEST TO STAY

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899