JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA VU, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>PATAFOODS, INC. d/b/a Amara Organic Foods, Inc.,<br><br>  Defendant. | Case No. 8:24-cv-02265-CV (KESx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

  On July 31, 2025, the Parties filed a Notice of Settlement and Request to Stay Matter.  On August 27, 2025, the Parties filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation").

  The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. The matter is to be dismissed with prejudice.  Each party shall bear their own attorney fees and costs in this action.

**IT IS SO ORDERED.**

Dated: 10/7/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE